# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **23-mj-6550**  
USAO No. **2023R01033**  

Date **10/5/2023**

The Government respectfully requests the Court to dismiss without prejudice the

✔ Complaint  ☐ Removal Proceedings in

United States v. **Hansel Hernandez**

The Complaint/Rule 40 Affidavit was filed on **9/26/2023**

✔ U.S. Marshals please withdraw warrant

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Connie Dang**
(print name if signature handwritten)

**SO ORDERED:**

DATE: **October 5, 2023**

UNITED STATES MAGISTRATE JUDGE